| PROSKAUER ROSE LLP | Objection Deadline: May 8, 2009 at 3:00 p.m. |
|---|---|
| Counsel for the Debtors | Hearing Date: May 13, 2009 at 3:00 p.m. |
| and Debtors-in-Possession | |
| Jeffrey W. Levitan (JL-6155) | |
| Adam T. Berkowitz (AB-3714) | |
| 1585 Broadway | |
| New York, New York 10036-8299 | |
| Tel: (212) 969-3000 | |
| Fax: (212) 929-2900 | |

**UNITED STATES BANKRUPTCY COURT,
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
**In re:**                                              :
                                                        :       Chapter 11
                                                        :
**CARITAS HEALTH CARE, INC., et al.,**                  :       Case Nos. 09-40901 (CEC)
                                                        :       through 09-40909 (CEC)
                                                        :
                    **Debtors.**                        :       (Jointly Administered)
------------------------------------------------------- x

**NOTICE OF MOTION OF DEBTORS FOR ORDERS: (I) APPROVING AUCTION
PROCEDURES RESPECTING AN AGREEMENT FOR THE SALE OF MEDICAL
EQUIPMENT AND RELATED ASSETS AND ENGAGEMENT OF A DISPOSITION
AGENT WITH RESPECT TO MEDICAL SUPPLIES; AND (II) AUTHORIZING THE
SALE OF THOSE ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND INTERESTS**

        **PLEASE TAKE NOTICE**, that the annexed Motion (the "Motion")[1] of Caritas Health Care, Inc. ("Caritas") and the other debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for Orders (I) Approving Auction Procedures Respecting an Agreement for the Sale of Medical Equipment and Related Assets and Engagement of a Disposition Agent with Respect to Medical Supplies; and (II) Authorizing the Sale of Those Assets Free and Clear of Liens, Claims, Encumbrances and Interests will be considered at a hearing (the "Hearing") before the Honorable Carla E. Craig, United States Bankruptcy Judge, on **May 13, 2009 at 3:00 p.m.**, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York.

        **PLEASE TAKE FURTHER NOTICE**, that objections, if any, relating to the relief to be granted pursuant to the proposed order annexed to the Motion as Exhibit A must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the

---

[1]     Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

Bankruptcy Court for the Eastern District of New York, and shall be filed with the Bankruptcy Court electronically, by utilizing the Court's electronic case filing system at www.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing the same with the Clerk of the Court together with a 3.5 inch diskette containing the same in Portable Document Format, with a hard copy provided to the Clerk's Office at the Bankruptcy Court for delivery to the Chambers of the Honorable Carla E. Craig, and shall be served upon (1) counsel for the Debtors, Proskauer Rose LLP, 1585 Broadway, New York, NY 10036, (Attn: Jeffrey W. Levitan, E-mail: jlevitan@proskauer.com, and Adam T. Berkowitz, E-mail aberkowitz@proskauer.com), Fax: 212-969-2900; (2) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201 (Attn: William E. Curtin, E-mail william.e.curtin@usdoj.gov, and Valerie Millman, E-mail valerie.millman@usdoj.gov), (3) counsel to DASNY, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193 (Attn: David Neier, E-mail dneier@winston.com); (4) counsel for HFG, Kaye Scholer LLP, 425 Park Avenue, New York, New York 10022-3598 (Attn: Benjamin Mintz, E-mail bmintz@kayescholer.com); (5) counsel to SVCMC, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Attn: Andrew M. Troop, E-mail andrew.troop@cwt.com, and Christopher R. Mirick, E-Mail christopher.mirick@cwt.com); (6) counsel to the Committee, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attn: Craig E. Freeman, Esq., E-mail craig.freeman@alston.com); and (7) any other party entitled to service under applicable rules, so as to be received by all such parties no later than **May 8, 2009 at 3:00 p.m.**. Only those objections which have been timely filed and served may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that if no objections are timely served and filed, as set forth above, the proposed order annexed to the Motion as Exhibit A may be entered without further notice.

Dated: April 30, 2009
      New York, New York

                         **PROSKAUER ROSE LLP**

                          By: /s/ Jeffrey W. Levitan
                              Jeffrey W. Levitan (JL-6155)
                              Adam T. Berkowitz (AB-3714)
                              1585 Broadway
                              New York, NY 10036-8299
                              Tel: (212) 969-3000
                              Fax: (212) 969-2900

                              Counsel for the Debtors and Debtors-In-Possession