Objection Deadline (respecting Auction Procedures and Bid Protections):    September 8, 2009 at 12:00 p.m.
Hearing Date (respecting Auction Procedures and Bid Protections):    September 11, 2009 at 11:00 a.m.

**PROSKAUER ROSE LLP**
Counsel for the Debtors
and Debtors-in-Possession
Jeffrey W. Levitan (JL-6155)
Adam T. Berkowitz (AB-3714)
1585 Broadway
New York, New York 10036-8299
Tel: (212) 969-3000
Fax: (212) 969-2900

**UNITED STATES BANKRUPTCY COURT,
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------ x
| | |
|---|---|
| **In re:** : | |
| : | Chapter 11 |
| : | |
| **CARITAS HEALTH CARE, INC., <u>et al.</u>,** : | Case Nos. 09-40901 (CEC) |
| : | through 09-40909 (CEC) |
| : | |
| **Debtors.** : | (Jointly Administered) |

------------------------------------------------------ x

### NOTICE OF MOTION OF DEBTORS FOR ORDERS: (I) APPROVING PROCEDURES FOR AN AUCTION RESPECTING SALES OF THE DEBTORS' REAL PROPERTY AND BID PROTECTIONS IN CONNECTION THEREWITH AND, (II) SUBSEQUENT TO ANY SUCH AUCTION, AUTHORIZING SUCH SALES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

**PLEASE TAKE NOTICE**, that the annexed Motion (the "<u>Motion</u>")[1] of Caritas Health Care, Inc. ("<u>Caritas</u>") and the other debtors and debtors in possession in the above-captioned cases (collectively, the "<u>Debtors</u>") for an Order Approving Procedures for an Auction Respecting Sales of the Debtors' Real Property and Bid Protections in Connection Therewith will be considered at a hearing (the "<u>Hearing</u>") before the Honorable Carla E. Craig, United States Bankruptcy Judge, on **September 11, 2009 at 11:00 a.m.**, at the United States Bankruptcy Court for the Eastern District of New York, 271 Cadman Plaza East, Courtroom 3529, Brooklyn, New York.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, relating to the relief to be granted pursuant to the proposed order annexed to the Motion as <u>Exhibit A</u> must be in

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings given to them in the Motion.

writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Eastern District of New York, and shall be filed with the Bankruptcy Court electronically, by utilizing the Court's electronic case filing system at www.nyeb.uscourts.gov, or if the same cannot be filed electronically, by manually filing the same with the Clerk of the Court together with a 3.5 inch diskette containing the same in Portable Document Format, with a hard copy provided to the Clerk's Office at the Bankruptcy Court for delivery to the Chambers of the Honorable Carla E. Craig, and shall be served upon (1) counsel for the Debtors, Proskauer Rose LLP, 1585 Broadway, New York, NY 10036, (Attn: Jeffrey W. Levitan, E-mail: jlevitan@proskauer.com, and Adam T. Berkowitz, E-mail aberkowitz@proskauer.com), Fax: 212-969-2900; (2) the Office of the United States Trustee, 271 Cadman Plaza East, Suite 4529, Brooklyn, New York 11201 (Attn: William E. Curtin, E-mail william.e.curtin@usdoj.gov, and Valerie Millman, E-mail valerie.millman@usdoj.gov), (3) counsel to DASNY, Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-4193 (Attn: David Neier, E-mail dneier@winston.com); (4) counsel to SVCMC, Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281 (Attn: Andrew M. Troop, E-mail andrew.troop@cwt.com, and Christopher R. Mirick, E-Mail christopher.mirick@cwt.com); (5) counsel to the Committee, Alston & Bird LLP, 90 Park Avenue, New York, New York 10016 (Attn: Craig E. Freeman, Esq., E-mail craig.freeman@alston.com); and (6) any other party entitled to service under applicable rules, so as to be received by all such parties no later than **September 8, 2009 at 12:00 p.m.**. Only those objections which have been timely filed and served may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE**, that if no objections are timely served and filed, as set forth above, the proposed order annexed to the Motion as <u>Exhibit A</u> may be entered without further notice.

Dated: August 28, 2009
      New York, New York

**PROSKAUER ROSE LLP**

By: /s/ Jeffrey W. Levitan
    Jeffrey W. Levitan (JL-6155)
    Adam T. Berkowitz (AB-3714)
    1585 Broadway
    New York, NY 10036-8299
    Tel: (212) 969-3000
    Fax: (212) 969-2900

Counsel for the Debtors
and Debtors-In-Possession