MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for the City of New York
100 Church Street, Room 5-223
New York, New York 10007
(212) 788-0688
Gabriela P. Cacuci, Esq. (GC-4791)

**Hearing Date: 10/21/09, 2:30 p.m.**
**Objection Date: 10/16/09, 4 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------X
In re:

**CARITAS HEALTH CARE, INC., et al.,**

                **Debtors.**
------------------------------------------------------X

Chapter 11

Case Nos. 09-40901 (CEC)
Through 09-40909 (CEC)

### RESERVATION OF RIGHTS OF THE CITY OF NEW YORK WITH RESPECT TO THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE SALE OF THE MARY IMMACULATE AND ST. JOHN'S CAMPUSES FREE AND CLEAR OF LIENS, CLAIMS, INCUMBRANCES AND INTERESTS

The City of New York, by its counsel, MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby reserves its rights with respect to the Debtors' Motion for an Order Authorizing the Sale of the Debtors' Mary Immaculate and St. John's Campuses (the "Real Estate") Free and Clear of Liens, Claims, Incumbrances and Interests. The City's reservation pertains to any statutory liens that may have attached to the Real Estate either prior to or after the Debtors' Chapter 11 filing that have to be satisfied at or prior to any closing of the proposed sale of the Real Property. Subject to such liens, if any, being satisfied on or prior to closing, the City hereby objects to the sale of the Real Estate being free and clear of liens, claims, incumbrances and interests. While the Debtors' procedures and sale motion reflected that the City's liens would be so satisfied prior to closing, the Order Approving Auction

Procedures and Bid Protections Respecting Sales of the Debtors' Real Property dated September 15, 2009 did not specify that that the sale shall be free and clear of liens, with such liens attaching to the proceeds of the sale. This Reservation seeks to clarify that (i) any statutory liens held by the City against the Real Estate must be paid on or prior to the closing of the sale of the Real Estate; and (ii) if not so satisfied, such liens shall attach to the proceeds of sale.

Dated: New York, New York
October 16, 2009

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
Attorney for the City of New York
100 Church Street, Room 5-223
New York, New York 10007
(212) 788-0688

By: /s/Gabriela P. Cacuci
 Gabriela P. Cacuci (GC-4791)

# CERTIFICATE OF SERVICE

I, Gabriela P. Cacuci, an attorney admitted to practice before the courts of the State of New York, do hereby certify that on October 16, 2009, I served true copies of the above referenced Reservation of Rights dated October 16, 2009, by electronic transmission and/or facsimile transmission on the persons listed below:

PROSKAUER ROSE
Attorneys for the Debtor
Jeffrey W. Levitan, Esq.
Adam T. Berkowitz, Esq.
1585 Broadway
New York, New York 10036-8299
Fax: (212) 929-2900
jlevitan@proskauer.com
aberkowitz@proskauer.com

U.S. TRUSTEE's OFFICE, E.D.N.Y.
271 Cadman Plaza East, Suite 4529
Brooklyn, New York 11201
William.e.curtin@usdoj.gov
Valerie.millman@usdoj.gov

WINSTON & STRAWN, LLP
Attorneys for DASNY
David Neier, Esq.
200 Park Avenue
New York, New York 10166-4193
denier@winston.com

ALSTON & BIRD LLP
Attorneys for the Creditors Committee
Craig E. Freeman, Esq.
90 Park Avenue
New York, New York 10016
craig.freeman@alston.com

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Andrew M. Troop, Esq.
Christopher R. Mirick, Esq.
Andrew.troop@cwt.com
Christopher.mirick@cwt.com

Dated: New York, New York
October 16, 2009

/s/Gabriela P. Cacuci
GABRIELA P. CACUCI